STATE OF NEW JERSEY v. ARTHUR LEE TILLMAN.

May 15, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. VALERIE M. SMITH.

May 15, 1979.  Petition for certification denied.

PETER A. LEONARDIS v. ROBERT BUNNELL.

May 15, 1979.  Petition for certification denied.  (See 164 N.J.Super. 338)

STATE OF NEW JERSEY v. PAUL CLAYTON.

May 15, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR LOVE.

May 15, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. ELIJAH BLANTON, SR.

May 15, 1979.  Petition for certification denied.  (See 166 N.J.Super. 62.)